| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>PETER THOMPSON |
| 4 | Special Assistant United States Attorney |

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8959
Facsimile: (415) 744-0134
E-Mail: peter.thompson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | | |
|---|---|---|
| ANGELINA GOMEZ, | ) | |
|  | ) | CIVIL NO.: 1:10-CV-01993 SKO |
| Plaintiff, | ) | |
|  | ) | STIPULATION AND ORDER TO EXTEND |
| v. | ) | TIME |
|  | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
|  | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening brief. Defense Counsel is leaving town on short notice on a family matter. The current due date is June 16, 2011. The new due date will be July 16, 2011.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1  Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: June 9, 2011             /s/
                                (As authorized via e-mail on June 9, 2011)
                                YOUNG CHO
                                Attorney for Plaintiff

Dated: June 9, 2011             BENJAMIN B. WAGNER
                                United States Attorney
                                LUCILLE GONZALES MEIS
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                */s/ Peter Thompson*
                                PETER THOMPSON
                                Special Assistant United States Attorney

IT IS SO ORDERED.

**Dated:   June 9, 2011**                    /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order to Extend: 1:10-CV-01993 SKO    2